UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br><br>v.<br><br>JOSEPH E. DALY,<br>        Respondent. | M.B.D. No. 05-MC-10258-JGD |

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for a hearing on September 7, 2005, and the respondent, JOSEPH E. DALY, not having shown any cause why he should not obey the Summons issued to him on January 28, 2005:

IT IS ORDERED that JOSEPH E. DALY obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Mary Anne Coburn or any other officer of the Internal Revenue Service authorized to examine the records and take JOSEPH E. DALY testimony on or before September 16, 2005 at 9 AM/PM at the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA 02180, Tel. #(781)835-4206. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                                _/s/ Judith Gail Dein_____
                                                JUDITH G. DEIN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: September 7th 2005